IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UBENCIO ANTONIO MARTINEZ CRUZ, | § § § § § § § § § § § § § | |
| *Plaintiff,* | | SA-21-CV-00535-OLG |
| vs. | | |
| JOSHUA TERRY DYES, TRANSPORT CORPORATION OF AMERICA, INC., | | |
| *Defendants.* | | |

## ORDER

Before the Court in the above-styled cause of action is Defendants' Motion to Quash the depositions by written questions directed to First Hospital Laboratories, Inc. d/b/a FS Solutions and Concentra Urgent Care [#29]. The District Court referred the motion to the undersigned for disposition. Following the referral, the undersigned ordered the parties to confer on the motion and file an advisory as to any issues remaining in dispute. The parties filed the ordered advisory on June 21, 2022, informing the Court that they have agreed to limit the DWQs at issue, thereby resolving their dispute.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Quash the depositions by written questions directed to First Hospital Laboratories, Inc. d/b/a FS Solutions and Concentra Urgent Care [#29] is **DISMISSED AS MOOT**.

SIGNED this 23rd day of June, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE